United States District Court
Southern District of Texas
**ENTERED**
July 16, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERMILO HERRERO, JR., <br> (TDCJ #01470614) <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice - <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-18-2399 |

## ORDER OF DISMISSAL

For the reasons set forth in the court's memorandum and order of even date, this civil action is dismissed without prejudice for want of jurisdiction.

SIGNED on July 16, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge